1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUAN RAZO RAMIREZ,

11            Plaintiff,                    No. 2:09-cv-0995 JFM (PC)

12        vs.

13   MULE CREEK STATE PRISON,

14            Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16            By an order filed April 17, 2009, plaintiff was ordered to file a complaint, and an

17   in forma pauperis affidavit or pay the appropriate filing fees, within thirty days and was

18   cautioned that failure to do so would result in a recommendation that this action be dismissed.

19   The thirty day period has now expired, and plaintiff has not responded to the court's order and

20   has not filed a complaint or an in forma pauperis affidavit or paid the appropriate filing fee.

21            Accordingly, IT IS ORDERED that the Clerk of the Court is directed to assign a

22   district judge to this case; and

23            IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 28, 2009.


UNITED STATES MAGISTRATE JUDGE

/001; rami0995.fff